IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARRETT RUMMELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., a Foreign Profit Corporation; and DOES 1-10,<br><br>Defendants. | No. 3:24-cv-05360<br><br>**DECLARATION OF PETER NOHLE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (CAFA)**<br><br>**(from Thurston County Superior Court, Case No. 24-2-01225-34)** |

I, Peter Nohle, declare as follows:

1. I am an attorney with Jackson Lewis P.C., the law firm representing Defendant Red Robin International, Inc. ("Defendant" or "Red Robin") in this matter.

2. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration based on my own experiences, the publicly available records and files maintained by the Superior Court of the State of Washington in and for the County of Thurston, and the files and records maintained by Jackson Lewis P.C. in the ordinary course of its business, and if called to testify, could and would competently testify thereto.

DECLARATION OF PETER NOHLE - 1
(Case No. 3:24-cv-05360)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Class Action Complaint for Damages (the "Complaint") for the matter of *Garrett Rummell, individually and on behalf of all others similarly situated, Plaintiff v. Red Robin International, Inc., a Foreign Profit Corporation, and Does 1-10, Defendants* (hereafter, the "Rummell Matter"), pending in the Superior Court of the State of Washington in and for Thurston County as Case No. 24-2-01225-34, which was obtained from the Clerk of the Court for the Thurston County Superior Court.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the First Amended Class Action Complaint for Damages (the "Amended Complaint") for the Rummell Matter, which was obtained from the Clerk of the Court for the Thurston County Superior Court.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Case Cover Sheet and Scheduling Questionnaire for the Rummell Matter, which was obtained from the Clerk of the Court for the Thurston County Superior Court.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Notice of Assignment and Notice of Trial Setting Date for the Rummell Matter, which was obtained from the Clerk of the Court for the Thurston County Superior Court.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Summons for the Rummell Matter, which was obtained from the Clerk of the Court for the Thurston County Superior Court.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the First Amended Summons for the Rummell Matter, which was obtained from the Clerk of the Court for the Thurston County Superior Court.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the Affidavit and Certificate of Service for the Rummell Matter, which was obtained from the Clerk of the Court for the Thurston County Superior Court.

10.     As of the date of this Declaration and the filing of the related Notice of Removal, and based on the Docket appearing on the Thurston County Superior Court Odyssey Portal, the

DECLARATION OF PETER NOHLE - 2
(Case No. 3:24-cv-05360)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

only documents that have been filed with the Superior Court in the Rummell Matter are: (A) the Class Action Complaint for Damages (**Exhibit A**); (B) the First Amended Class Action Complaint (**Exhibit B**); (C) the Case Cover Sheet and Scheduling Questionnaire (**Exhibit C**); (D) the Notice of Assignment and Notice of Trial Setting Date (**Exhibit D**); (E) the Summons (**Exhibit E**); (F) the First Amended Summons (**Exhibit F**); and (G) the Affidavit and Certificate of Service (**Exhibit G**).

11. The Notice of Removal attendant to this Declaration is being or has been filed within thirty (30) days after Defendant was first served with a copy of Plaintiff's Summons, Amended Complaint, and Notice of Assignment and Notice of Trial Setting Date on April 12, 2024. *See* **Exhibit G**.

12. A copy of this Notice of Removal and all supporting papers have been or will be served promptly on Plaintiff's counsel and filed with the Clerk of the Thurston County Superior Court.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Sworn to this 10th day of May, 2024 at Seattle, Washington.

_____
Peter H. Nohle, WSBA #35849

DECLARATION OF PETER NOHLE - 3
(Case No. 3:24-cv-05360)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

| | |
|---|---|
| Craig J. Ackermann, WSBA #53330<br>Brian Denlinger, WSBA #53177<br>Avi Kreitenberg, WSBA #53294<br>ACKERMANN & TILAJEF, P.C.<br>2602 N Proctor St., Suite 205<br>Tacoma, WA 98406<br>(310) 277-0614<br>cja@ackermanntilajef.com<br>bd@ackermanntilajef.com<br>ak@ackermanntilajef.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☒ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-Delivery<br>☐ Other:_____ |

Counsel for Plaintiff

DATED this 10th day of May, 2024.

_____
Lindsay Holzworth

DECLARATION OF PETER NOHLE - 4
(Case No. 3:24-cv-05360)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404