THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARRETT RUMMELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., a Foreign Profit Corporation; and DOES 1-10,<br><br>Defendants. | No. 3:24-cv-05360-BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND STAY OF CASE DEADLINES** |

## ORDER GRANTING STIPULATED MOTION TO EXTEND STAY OF CASE DEADLINES

THIS CAUSE came before the Court on the parties' Stipulated Motion to Extend Stay of Case Deadlines (the "Motion").

The Court having reviewed the Motion, and being otherwise fully advised in the premises, approves the Stipulated Motion to Extend Stay of Case Deadlines.

Accordingly, it is hereby ORDERED that this action is stayed until November 21, 2024, seven (7) days after the Parties' scheduled mediation date.  The Parties will notify the Court of the outcome of their mediation within seven (7) days of the mediation date.

/-/-/

/-/-/

/-/-/

ORDER GRANTING STIPULATED MOTION TO EXTEND STAY
OF CASE DEADLINES - 1
(Case No. 3:24-cv-05360-BHS)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

DATED this 12th day of August, 2024.

BENJAMIN H. SETTLE
United States District Judge

Jointly Presented by:

JACKSON LEWIS P.C.

By:    /s/ Peter H. Nohle
       Peter H. Nohle, WSBA #35849
       Peter.Nohle@jacksonlewis.com
       Gray Jeong, WSBA #61858
       Gray.Jeong@jacksonlewis.com
       520 Pike Street, Suite 2300
       Seattle, WA 98101
       Telephone: (206) 626-6436

       Counsel for Defendant


ACKERMANN & TILAJEF, P.C.

By:    /s/ Avi Kreitenberg
       Craig J. Ackermann, WSBA #53330
       Brian Denlinger, WSBA #53177
       Avi Kreitenberg, WSBA #53294
       2602 North Proctor Street, Suite 205
       Tacoma, WA 98406
       Telephone: (310) 277-0614
       Facsimile: (310) 277-0635
       cja@ackermanntilajef.com
       bd@ackermanntilajef.com
       ak@ackermanntilajef.com

       Counsel for Plaintiff

ORDER GRANTING STIPULATED MOTION TO EXTEND STAY OF CASE DEADLINES - 2
(Case No. 3:24-cv-05360-BHS)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

| | |
|---|---|
| Craig J. Ackermann, WSBA #53330<br>Brian Denlinger, WSBA #53177<br>Avi Kreitenberg, WSBA #53294<br>ACKERMANN & TILAJEF, P.C.<br>2602 North Proctor Street, Suite 205<br>Tacoma, Washington 98406<br>Telephone: (310) 277-0614<br>Facsimile: (310) 277-0635<br>Email: cja@ackermanntilajef.com<br>        bd@ackermanntilajef.com<br>        ak@ackermanntilajef.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |

Counsel for Plaintiff

Courtesy copies to:
    jb@ackermanntilajef.com

DATED this 12th day of August, 2024.

_____
Sage Arial

ORDER GRANTING STIPULATED MOTION TO EXTEND STAY
OF CASE DEADLINES - 3
(Case No. 3:24-cv-05360-BHS)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404